# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

153348(67)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MANITOU NORTH AMERICA, INC.,
       Plaintiff/Counter-Defendant-
       Appellant/Cross-Appellee,

v

MCCORMICK INTERNATIONAL, LLC,
       Defendant/Counter-Defendant-
       Appellee/Cross-Appellant.
_____/

SC: 153348
COA: 324063
Ionia CC: 2007-025692-CZ

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Thomas L. Shriner, Jr., and Rachel M. Blise to appear and practice on behalf of appellant/cross-appellee under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016

